UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

FILED
APR 17 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:08-00077
18 U.S.C. § 113(a)(4)

MATTHEW BIAFORE

## I N F O R M A T I O N

The United States Attorney Charges:

On or about December 10, 2007, at or near Beaver, Raleigh County, West Virginia, within the Southern District of West Virginia, and within the special territorial jurisdiction of the United States, that is, in the Federal Correctional Institution at Beckley, defendant MATTHEW BIAFORE did assault a person known to the United States Attorney by striking, beating, and wounding said person.

In violation of Title 18, United States Code, Section 113(a)(4).

UNITED STATES OF AMERICA

CHARLES T. MILLER
United States Attorney

By: _____
JOHN L. FILE
Assistant United States Attorney

Filed: 4-17-08